## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 95-30058 |
| KEVIN LOUIS SCHUCKMAN, | ) | |
| Defendant, | ) | |
| GEM CITY FORD LINCOLN MERCURY, | ) | |
| Garnishee. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

The Motion of the United States of America to release the stay of the Garnishment Order pending bankruptcy proceedings is allowed due to the discharge of the debtor in Bankruptcy Chapter 7 Case No. 05-75137. Garnishment withholdings are to resume with the first full pay period after receipt of this Order by the Garnishee.

IT IS THEREFORE SO ORDERED.

ENTER:  August 18, 2006.

FOR THE COURT:

s/ Jeanne E. Scott
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE